FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 07, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JANET STONE, on her own behalf and on the behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MID AMERICA BANK & TRUST COMPANY, and GENESIS BANKCARD SERVICES, INC.,<br><br>Defendants. | NO: 2:18-CV-87-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO STIPULATION |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss with Prejudice All Claims by Plaintiff Janet Stone, ECF No. 25. The parties submit that they have entered into a confidential settlement agreement (the Settlement Agreement) which resolves this action in its entirety.

Having reviewed the motion and the record, the Court finds good cause to grant dismissal as requested. Accordingly, **IT IS HEREBY ORDERED**:

ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO STIPULATION ~ 1

1. The Stipulated Motion to Dismiss with Prejudice All Claims by Plaintiff Janet Stone, **ECF No. 25**, is **GRANTED**.

2. Plaintiff's Complaint is dismissed with prejudice and without fees or costs to any party.

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

5. Pursuant to the Settlement Agreement, the Court shall retain jurisdiction of the matter to enforce the terms of the Settlement Agreement.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, enter judgment of dismissal with prejudice, provide copies to counsel, and **close this case**.

**DATED** May 7, 2019.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge